Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
      astein@fgppr.com
Attorneys for Defendant Safeco Insurance Company of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD NEUFANG and VIRGINIA NEUFANG, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, an insurance company doing business in Arizona; JANE AND JOHN DOES I-V; and ABC CORPORATE ENTITIES I-V,<br><br>Defendants. | Case No:<br><br>Pima County Superior Court No. C20180578<br><br>**NOTICE OF REMOVAL OF ACTION; VERIFICATION OF AMY STEIN**<br><br>(Assigned to the Honorable Jeffrey T. Bergin) |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, Defendant SAFECO INSURANCE COMPANY OF AMERICA ("Safeco") hereby petitions this Court for removal of the state court action, which was originally commenced in the Superior Court of the State of Arizona in and for the County of Pima, entitled *Edward Neufang and Virginia Neufang v. Safeco Insurance Company of America*, Case No. CV20180578, on the following grounds:

1. On or about February 5, 2018, an action was commenced in the Superior Court of Arizona, County of Pima, entitled *Edward Neufang and Virginia Neufang v. Safeco Insurance Company of America*, Case No. CV20180578 (the "State Court Action"). A true and correct copy of the Complaint is attached as **Exhibit 1**.

2. On March 1, 2018, a Summons and the Complaint were served on Safeco through the State of Arizona Department of Insurance. A true and correct copy of the Summons and Notice of Service of Process are attached hereto as **Exhibit 2**.

3. Attached, collectively, as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action: Certificate of Compulsory Arbitration, Demand for Jury Trial, Cover Sheet, and Affidavit of Service, to Safeco.

4. The thirty-day period for removal does not begin to run until the party has been properly served. See *Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999). Thirty days have not elapsed since Safeco received the Summons and Complaint in this action. Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

5. Plaintiffs' Complaint alleges causes of action for breach of contract, negligence, breach of the covenant of good faith and fair dealing, misrepresentation and fraud, consumer fraud, and punitive damages against Safeco. See **Exhibit 1**. Plaintiffs' Complaint relates to Safeco's handling of an underinsured motorist benefits insurance claim under an automobile insurance policy issued by Safeco. *Id*.

## VENUE

6. Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court as the district and division within which the State Court Action was brought.

## JURISDICTION

7. Under 28 U.S.C. § 1441, Congress has granted defendants the statutory right to remove a case from state court to a United States District Court where that case could have originally been filed in federal court. This grant is authorized by Article III, Section 2 of the United States Constitution, which extends judicial power of the federal courts to controversies "between citizens of different states." 28 U.S.C §1332.

8. Removal is proper in this case because the Court has original jurisdiction of this action under 28 U.S.C. § 1332, there is complete diversity of citizenship between the parties, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. See 28 U.S.C. § 1441.

**AMOUNT IN CONTROVERSY**

9. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. At paragraphs 57(ii) and (iv) of the Complaint (**Exhibit 1**) concerning damages claimed, Plaintiffs allege they have incurred and seek to recover from Safeco past medical and therapeutic expenses in excess of $12,000, plus expenses in excess of $85,000 (and growing) in order to relocate, care for, and protect Mrs. Neufang. Plaintiffs also claim unquantified future medical and therapeutic expenses and general and punitive damages.

10. Safeco does not concede that it is guilty of any conduct that would warrant the imposition of any of the damages alleged by Plaintiffs or that the claimed damages were causally related to the conduct alleged against Safeco. However, based on the foregoing, Safeco believes that the evidence shows that the amount in controversy with respect to Plaintiffs' claim is in excess of $75,000.00, exclusive of interest and costs.

**GEOGRAPHICAL DIVERSITY**

11. Upon information and belief, Plaintiff Mr. Neufang is a citizen of Arizona, and Plaintiff Mrs. Neufang is a citizen of Georgia. *See* **Exhibit 1**, paragraph 2.

12. Safeco is an insurance company organized and existing under the laws of the State of New Hampshire with its principal place of business in the State of Massachusetts. Safeco is licensed to do business in the State of Arizona as an insurance carrier.

13. This case meets the requirements for original jurisdiction in this Court stemming from diversity of citizenship as set forth in 28 U.S.C. § 1332(a).

**REMOVAL IS PROPER**

14. This Notice of Removal is timely filed because it was filed within thirty days after receipt of the Summons and Complaint by Safeco and is filed within one year of the filing of the Complaint. 28 U.S.C. § 1446(b).

15. Safeco will also timely file a Notice of Removed Action with the Clerk of the Pima County Superior Court.

16. Safeco is providing written notice to Plaintiffs. 28 U.S.C. § 1446(d).

17. Safeco reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Safeco hereby requests that the action now pending against it in the Superior Court of the State of Arizona, in and for the County of Pima, be removed to this Court.

DATED this 2nd day of April, 2018.

                                            FORAN GLENNON PALANDECH
                                            PONZI & RUDLOFF PC


                                  By: s/ *Amy L. Stein*
                                        Amy M. Samberg
                                        Amy L. Stein
                                        One Renaissance Tower
                                        Two North Central Avenue, Suite 1800
                                        Phoenix, Arizona 85004
                                        Attorneys for Defendant Safeco
                                        Insurance Company of America

## VERIFICATION OF AMY STEIN

I, Amy Stein, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a partner with the law firm of Foran Glennon Palandech Ponzi & Rudloff, P.C. ("Foran Glennon"), counsel of record for Safeco Insurance Company of America ("Safeco.")

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to L.R. Civ. P. 3.6 and Fed. R. Civ. P. 11.

3. Attached as **Exhibit** 1 is a true and accurate copy of the Complaint originally filed in the Superior Court of the State of Arizona, in and for the County of Pima, entitled *Edward Neufang and Virginia Neufang v. Safeco Insurance Company of America*, Case No. CV20180578 (the "State Court Action.")

4. Attached as **Exhibit 2** are true and correct copies of the Summons directed to Safeco in care of State of Arizona Department of Insurance and a copy of the Notice of Service of Process.

5. Attached as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action: Certificate of Compulsory Arbitration, Demand for Jury Trial, Cover Sheet, and Affidavit of Service, to Safeco.

6. Attached as **Exhibit 4** is a true and correct copy of the Notice of Removed Action filed with the Clerk of the Pima County Superior Court, Case No. C20180578.

7. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. At paragraphs 57(ii) and (iv) of the Complaint (**Exhibit 1**) concerning damages claimed, Plaintiffs allege they have incurred and seek to recover from Safeco past medical and therapeutic expenses in excess of $12,000, plus expenses in excess of $85,000 (and growing) in order to relocate, care for, and protect Mrs. Neufang. Plaintiffs also claim unquantified future medical and therapeutic expenses and general and punitive damages.

. . .

. . .

. . .

I verify that the foregoing is true and correct.

Executed this 2nd day of April, 2018, at Phoenix, Arizona.

                                            FORAN GLENNON PALANDECH
                                            PONZI & RUDLOFF PC

By: s/  *Amy L. Stein*
     Amy M. Samberg
     Amy L. Stein
     1 East Washington Street, Suite 500
     Phoenix, Arizona 85004
     Attorneys for Defendant Safeco
     Insurance Company of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laurence M. Berlin, Esq.
1431 E. Adelaide Drive
Tucson, AZ  85719
*Attorneys for Plaintiff*

/s/     *Brenda Uran*