Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone:  (602) 777-6230
Facsimile:  (312) 863-5099
E-Mail: asamberg@fgppr.com
        astein@fgppr.com
Attorneys for Defendant Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Neufang and Virginia Neufang, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>Safeco Insurance Company of America, an insurance company doing business in Arizona; Jane and John Does I-V; and ABC Corporate Entities I-V,<br><br>Defendants. | Case No:  4:18-cv-00173-RM<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW Safeco Insurance Company of America, by and through undersigned counsel, hereby notifies this Court that the parties have reached a settlement in the above-entitled matter.

DATED this 13th day of July, 2018.

                                       FORAN GLENNON PALANDECH
                                       PONZI & RUDLOFF PC


                                  By: s/ *Amy L. Stein*
                                       Amy M. Samberg
                                       Amy L. Stein
                                       One Renaissance Tower
                                       Two North Central Avenue, Suite 1800
                                       Phoenix, Arizona 85004
                                       Attorneys for Defendant Safeco Insurance
                                       Company of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laurence M. Berlin, Esq.
1431 E. Adelaide Drive
Tucson, AZ  85719
*Attorneys for Plaintiff*

/s/     *Brenda Uran*

- 2 -