# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Neufang, et al., | No. CV-18-00173-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Safeco Insurance Company of America, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Dismiss Plaintiffs' Complaint with Prejudice (Doc. 17).  Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 17) is **approved**.  The above-captioned matter is **dismissed with prejudice**, each party to bear their or its own costs and attorneys' fees.  The Clerk of Court is directed to close this case.

Dated this 15th day of August, 2018.

_____
Honorable Rosemary Márquez
United States District Judge